ELECTRONICALLY FILED - 2024 Jun 27 12:56 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF RICHLAND | IN THE COURT OF COMMON PLEAS<br>FIFTH JUDICIAL CIRCUIT |
| MARIA MEDINA,<br>Plaintiff,<br>vs.<br><br>LOWE'S HOME CENTERS, LLC, AND JOHN DOE<br>Defendants. | CIVIL ACTION NO.: 2024-CP-40-<br><br>**SUMMONS** |

**TO THE ABOVE-NAMED DEFENDANTS:**

YOU ARE HEREBY SUMMONED and required to appear and defend the action(s) set forth in the Complaint herein, a copy of which is served upon you, and to serve a copy of your Answer or Motion to the said Complaint on the Dayson Shalabi Burkett Law Firm, LLC at PO Box 2226 , Columbia, SC 29202 within thirty (30) days after service hereof, exclusive of the day of service, and if you fail to appear and defend within the time aforesaid, judgment by default will be entered against you for the relief demanded in the Complaint.

Dayson Shalabi Burkett Law Firm, LLC

Michael Burkett (SC Bar #16946)
PO Box 2226
Columbia, SC 29202
(P): (803-973-0304
(F): (803-973-0305
Email: michael@dsblawfirm.com

Attorney for Plaintiff

June 27, 2024
Columbia, SC

ELECTRONICALLY FILED - 2024 Jun 27 12:56 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF RICHLAND | IN THE COURT OF COMMON PLEAS<br>FIFTH JUDICIAL CIRCUIT |
| MARIA MEDINA,<br>Plaintiff,<br>vs.<br><br>LOWE'S HOME CENTERS, LLC, JOHN DOE<br>Defendants. | CIVIL ACTION NO.: 2024-CP-40-<br><br>**COMPLAINT** |

**TO THE ABOVE-NAMED DEFENDANTS:**

Plaintiff, complaining of the above-named Defendants, would respectfully show unto this Honorable Court as follows:

**PARTIES AND JURISDICTION**

1. Plaintiff Maria Medina is a citizen and resident of Richland County, South Carolina.

2. Defendant Lowe's Home Centers, LLC, is a limited liability company organized under the laws of the State of North Carolina and at all times relevant authorized to transact and carry business in South Carolina.

3. Defendant owns Lowe's store number 433, located at 7441 Two Notch Road, Columbia, South Carolina, which is where the facts underlying this action took place.

4. Defendant Lowe's Home Centers, LLC regularly solicits and transacts business and supplies goods and services in Richland County, deriving substantial revenue therefrom.

5. Defendant Lowe's Home Centers, LLC, is liable for the acts and omissions of its agents, servants, and/or employees within the scope of their agency and/or employment.

ELECTRONICALLY FILED - 2024 Jun 27 12:56 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

6. Upon information and belief Defendant John Doe is a citizen and resident of Richland County, South Carolina.

7. At all times relevant to this action, Defendant John Doe was an employee of Defendant Lowe's Home Centers, LLC.

8. The incident that is the subject of this Complaint occurred in Richland County, South Carolina.

9. This Court has jurisdiction pursuant to S.C. Code Ann. §15-7-30.

**FACTS**

10. On or about September 3, 2023, Plaintiff was a customer at Defendant's store number 433, located at 7441 Two Notch Rd., Columbia, South Carolina.

11. While entering the store, Plaintiff passed a display of lawnmowers that Defendant's employees placed outside to advertise for sale.

12. Defendant secured lawnmowers with cords as an anti-theft measure.

13. Part of the security cord stuck out into the walking path where customers enter and exit the store.

14. Plaintiff did not see the cord as she was walking to enter the store and tripped over it, causing her to fall violently to the concrete.

15. As a result of Defendant causing Plaintiff to fall, she experienced physical injuries and damages.

**For A First Cause of Action**
**( Negligence/*Respondeat Superior*)**

16. Plaintiff herein realleges and reiterates all previous paragraphs as if fully set forth in this paragraph in its entirety.

ELECTRONICALLY FILED - 2024 Jun 27 12:56 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

17. At the time and place of the incident resulting in Plaintiff's injuries that is the subject of this Complaint, Plaintiff was an invitee on Defendant's premises.

18. Defendant owed a duty to Plaintiff to maintain the premises in a reasonably safe condition.

19. Defendant John Doe, created the dangerous condition by allowing tripping hazards while Plaintiff and other customers were shopping, and without warning customers of the danger posed by the tripping hazard.

20. Defendant John Doe was negligent, grossly negligent, and/or reckless conduct in failing to correct the unsafe condition and/or warn customers of that unsafe condition.

21. The entryway at Defendant Lowes Home Centers, LLC's stores are high-traffic areas, and it is reasonably foreseeable that many customers would be put in danger by failing to correct an unsafe condition.

22. Defendant John Doe was further careless, reckless, grossly negligent, and/or negligent in the following ways:

a. In failing to safely maintain the premises for employees, customers and other invitees;

b. In failing to adequately discovery and correct any dangerous conditions and/or any inadequate equipment on the premises, of which Defendant John Doe knew or should have known;

c. In failing to adequately warn customers and other invitees of any unsafe and dangerous conditions of the premises and/or unsafe equipment, of which Defendant knew or should have known;

d. In failing to inspect the premises at a reasonable interval;

ELECTRONICALLY FILED - 2024 Jun 27 12:56 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

e. In failing to correct hazards promptly upon noticing them;

f. In failing to have and/or follow its own rules/guidelines with regards to safety and hazards;

g. In failing to place signs to warn customers and other invitees of potential hazards;

h. In failing to provide a safe walking environment for customers and other invitees; and

i. In such other particulars as presented at trial.

23. Defendant Lowe's Home Centers, LLC, is liable for Defendant John Doe's willful, wanton, reckless, grossly negligent, and/or negligent acts that occur within the course and scope of his employment with Lowe's Home Centers, LLC.

24. As a direct and proximate cause of Defendant's aforementioned negligence, gross negligent and/or reckless, Plaintiff suffered damages and injuries including past and future medical expenses, past and future pain and suffering, past and future emotional distress, and past and future loss of enjoyment of life.

WHEREFORE, Plaintiff demands judgment against Defendants for actual damages, including damages for: property damage, physical injury and harm, medical expenses, physical

ELECTRONICALLY FILED - 2024 Jun 27 12:56 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

and mental pain and suffering, loss of enjoyment of life, for the cost of this action, and for any other additional relief this Court deems just and proper.

Dayson Shalabi Burkett Law Firm, LLC

Michael Burkett (SC Bar #16946)
PO Box 2226
Columbia, SC 29202
(P): (803-973-0304
(F): (803-973-0305
Email: michael@dsblawfirm.com

Attorney for Plaintiff

June 27, 2024
Columbia, SC

ELECTRONICALLY FILED - 2024 Jul 15 12:50 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

IN THE COURT OF COMMON PLEAS
FIFTH JUDICIAL CIRCUIT

MARIA MEDINA,
Plaintiff,
vs.

LOWE'S HOME CENTERS, LLC, AND JOHN DOE
Defendants.

CIVIL ACTION NO.: 2024-CP-40-03934

**AFFIDAVIT OF SERVICE**

PERSONALLY appeared before me, Michael W. Burkett, Esquire, of Dayson Shalabi Burkett Law Firm, LLC, attorneys for Plaintiff, who being duly sworn states that as shown by the Return Receipt attached hereto, Defendants Lowe's Home Centers, LLC and John Doe were served by mailing a copy of the Summons and Complaint, Plaintiff's First Interrogatories to Defendants Lowe's Home Centers, LLC and John Doe, and Plaintiff's First Requests for Production to Defendants Lowe's Home Centers, LLC and John Doe to Corporation Service Company, as the Registered Agent at 508 Meeting Street, West Columbia, South Carolina 29169, by Certified Mail, on July 2, 2024, the Return Receipt attached being delivered on July 8, 2024 as evidenced by Exhibit "A" attached hereto.

Michael W. Burkett (SC Bar #16946)
Attorney for Plaintiff

Sworn to and Subscribed before me
This 15th day of July 2024

Notary Public of South Carolina
My Commission Expires: 1/3/33

JULIA RIVERS
MY COMMISSION EXPIRES
NOTARY PUBLIC
01/03/2033
STATE OF SOUTH CAROLINA

ELECTRONICALLY FILED - 2024 Jul 15 12:50 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

# EXHIBIT A

ELECTRONICALLY FILED - 2024 Jul 15 12:50 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lowe's Home Centers, LLC
c/o Corporation Service Company
508 Meeting Street
West Columbia, SC 29169

9590 9402 8776 3310 1725 35

2. Article Number *(Transfer from service label)*

589 0710 5270 1610 2620 38

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 7/8/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

ELECTRONICALLY FILED - 2024 Jul 15 12:50 PM - RICHLAND - COMMON PLEAS - CASE#2024CP4003934

USPS TRACKING #

COLUMBIA SC 290
9 JUL 2024 PM 4 L

9590 9402 8776 3310 1725 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dayson Shalabi Burkett
P.O. Box 2226
Columbia, SC 29201

M. Medina
Service of Registered Agent
7/2/24